Affirmed and Opinion filed October 10, 2002









Affirmed and Opinion filed October 10, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS. 14-02-00525-CR &

     
14-02-00526-CR

____________

 

DAVID CARROLL BURRELL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 263rd District Court

Harris County, Texas

Trial
Court Cause Nos.  902,260
& 836,917

 



 

M E M O R A N D U M  O
P I N I O N








Appellant entered a plea of guilty to the offense of possession
with intent to manufacture or deliver a controlled substance in cause number
836,917.  On May 1, 2000, the trial court
deferred a finding a guilt and placed appellant on ten years deferred
adjudication probation.  The trial court
also required appellant to serve ten days in the Harris County Jail as a
condition of probation.  On February 15,
2002, the State filed a motion to adjudicate alleging appellant violated the
terms and conditions of his deferred adjudication probation.  One of the State=s allegation was that appellant had
possessed a controlled substance with intent to deliver; appellant was charged
with that offense in cause number 902,260. 
On May 1, 2002, appellant entered a plea of true in cause number 836,917
and pled guilty in cause number 902,260. 
The trial court found appellant guilty and sentenced him to confinement
for twenty years in the Institutional Division of the Texas Department of
Criminal Justice in both causes, sentences to run concurrently.  Appellant filed pro se notices of appeal in
both cause numbers.

Appellant=s appointed counsel filed a brief in which he concludes that
the appeal is wholly frivolous and without merit.  The brief meets the requirements of Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by
presenting a professional evaluation of the record demonstrating why there are
no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  As of this
date, no pro se response has been filed.

We have carefully reviewed the record and counsel=s brief and agree that the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record. 

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed October 10, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do not publish C Tex. R. App. P. 47.3(b).